ACCEPTED
03-15-00289-CR
8210662
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 7:49:54 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00289-CR

IN THE COURT OF APPEALS
FOR THE
THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 7:49:54 PM
JEFFREY D. KYLE
Clerk

RAFAEL HERNANDEZ-PRADO,
Appellant

vs.

THE STATE OF TEXAS,
Appellee

Appeal from the 33rd Judicial District Court
Cause No. 9767
Burnet County, Texas
The Honorable J. Allan Garrett, Judge Presiding

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

Gary E. Prust
State Bar No. 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102

ATTORNEY FOR APPELLANT

**ORAL ARGUMENT IS NOT REQUESTED**

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE BRIEF**

Appellant, Rafael Harnandez-Prado, files this, his "Second Motion for Extension of Time to File Brief," and in support thereof shows as follows.

I.

1.      Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2.      Appellant has once requested previously an extension of time within which to file his brief.

3.      Appellant's brief is due on December 14, 2015.

4.      Appellant's attorney had a very busy trial schedule in November and into December 2015. Counsel also had a busy appellate schedule during this time, including two additional briefs due the same day the brief in this cause is due.

5.      Appellant had completed and will timely file the brief in a closely related case to this one, cause no. 03-15-00290-CR. However, in order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until January 15, 2016 to complete his brief.

6.      Accordingly, Appellant requests that this Court allow him until January 15, 2016 to file his brief.

Respectfully submitted,

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served Mr. Gary Bunyard of the 33rd and 424th District Attorney's Office via electronic service through efile.txcourts.gov on this 11th day of December, 2015.

Gary E. Prust

## CERTIFICATE OF CONFERENCE

In compliance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies he conferred with the 33rd and 424th District Attorney's Office via email communication concerning this motion on the 11th day of December, 2015.

Gary E. Prust

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(3), I hereby certify this brief contains 170 words. This is a computer-generated document created in Microsoft word, using 14-point typeface. In making this this certificate, I rely on the word county provided by the software use to prepare the document.

Gary E. Prust